UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA LAURAY and LAWRENCE LAURAY, | ) ) ) |
| Plaintifs, | ) )   1:16-CV-929 |
| v. | ) ) ) |
| MENARD, INC., | ) ) |
| Defendant. | ) |

**PETITION FOR REMOVAL OF ACTION**

Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action states as follows:

1. On March 30, 2016 Plaintiffs filed their Complaint in the Hendricks County Superior Circuit Court No. 5 under Cause Number 32D05-1603-CT-0060. Plaintiff Tina Lauray alleges that she sustained damages as a result of an incident at a Menard store.

2. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business is in Eau Claire, Wisconsin.

3. Plaintiff Tina Lauray is a citizen of the State of Indiana.

4. Plaintiff Lawrence Lauray is a citizen of the State of Indiana.

5. This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

6. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiffs' Complaint has an open prayer for damages and alleges that Plaintiffs "sustained severe and permanent injuries," as well as

"significant pain and suffering," and will incur additional medical expenses in the future. Counsel for Plaintiff has confirmed that the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00).

7. Defendant Menard, Inc. was served with Plaintiff's Complaint on April 5, 2016.

8. This Petition for Removal is being filed with the Court within thirty (30) days after Plaintiffs' Complaint was first served on Defendant Menard, Inc.

9. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

10. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Hendricks County Superior Court No. 5 that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause Number 32D05-1603-CT-0060 now pending in the Hendricks County Superior Court No. 5 of Indiana be removed to this Court for all further proceedings.

Dated this 26th day of April, 2016.

                              */s/ Leslie B. Pollie*
                              Leslie B. Pollie (#25716-49)
                              KOPKA PINKUS DOLIN PC
                              550 Congressional Blvd., Suite 310
                              Carmel, IN  46032
                              Telephone: 317-814-4049
                              Facsimile:  317-818-1390
                              Email:  lbpollie@kopkalaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of April, 2016, a true and correct copy of the foregoing was electronically served upon the following using the Court's CM/ECF system:

Sarah Everett
The Law Office of Sarah Everett
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
*indyestatelaw@gmail.com*

                */s/Leslie B. Pollie*