# SUMMONS

STATE OF INDIANA )  IN THE HENDRICKS _____ COURT
) SS:
COUNTY OF HENDRICKS )  CAUSE NO.: 32D05-1603-CT-0060

TINA LAURAY and LAWRENCE LAURAY, )
)
    Plaintiffs, )
)
vs. )
)
MENARD, INC., )
)
    Defendant. )

To:   Menard, Inc.
       ATTN: Resident Agent
       Prentice-Hall Corporation System, Inc.
       251 E. Ohio Street, Suite 500
       Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: _____  _____(seal)
                                    Clerk, Hendricks _____ Court

(The following manner of service of summons is hereby designated):

**XX** Registered or certified mail.
____ Service at place of employment, to-wit
____ Service on individual (Personal or copy) at above address
____ Service on agent. (Specify)
____ Other service. (Specify)

Sarah Everett, Attorney for Plaintiffs
The Law Office of Sarah Everett
*Lockerbie Marketplace*
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
(317) 677-7109 phone

EXHIBIT A

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ____ day of _____, 2016.

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____ _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____.

_____  
Sheriff's Costs

Sheriff  
By: _____  
      Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____, 2016, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Hendricks _____ Court

Dated: _____, 2016.  
By: _____  
      Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2016.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ _____ on behalf of said defendant on the _____ day of _____, 2016.

Clerk, Hendricks _____ Court  
By: _____  
      Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS _____ COURT |
| | ) SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO.: 32D05-1603-CT-0060 |

TINA LAURAY and LAWRENCE LAURAY,

    Plaintiffs,

vs.

MENARD, INC.

    Defendant.

## COMPLAINT

Plaintiffs, Tina Lauray and Lawrence Lauray, for their claim for relief against Defendant, Menard, Inc., state as follows:

1. That the Plaintiffs, Tina Lauray and Lawrence Lauray, are adult citizens and residents of Marion County, in the State of Indiana.

2. That on March 13, 2015, the Defendant, Menard, Inc., owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, a certain premises located at 10555 East U. S. Highway 36, in Avon, Indiana. Said premises was known as Menard's, specifically located in Avon, Hendricks County, in the State of Indiana.

3. That on March 13, 2015, the Plaintiffs, Tina Lauray and Lawrence Lauray, visited the Menard's store, indicated above and located in Avon, Indiana. After completing their shopping and purchasing items, Lawrence Lauray pushed a shopping cart as the plaintiffs exited the store. Tina Lauray walked beside him. In the area where the Plaintiffs exited the store, a mat had been placed by the exit door. The mat was frayed and curled up. Plaintiff, Tina Lauray, tripped and

fell over the curled up and frayed mat, hitting her right knee and right shoulder. The violent force of the fall caused both shoes to come off and brought her entire body to the floor. Tina Lauray's fall caused her severe physical injuries, including but not limited to a bruising to the bone on her knee and several tears in her rotator cuff with tendons pulled from the bone.

4. Plaintiff, Tina Lauray's, injuries were the result of the carelessness and negligence of the Defendant and of agents and/or employees of the Defendant, Menard, Inc., for failing to maintain and keep a safe premises for the public.

5. Solely as a result of the injuries aforementioned, the Plaintiff, Tina Lauray, has incurred damages, including, but not limited to, medical expenses, lost wages and earnings, pain and suffering, embarrassment and mental anguish, and she may incur such expenses and losses in the future.

6. Solely as a result of the injuries aforementioned to his spouse, Tina Lauray, the Plaintiff, Lawrence Lauray, has incurred damages, including, but not limited to, loss of consortium.

WHEREFORE, Plaintiffs, Tina Lauray and Lawrence Lauray, demand judgment against Defendant, Menard Inc., in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action, and for all other just and proper relief in the premises. Further, Plaintiffs, Tina Lauray and Lawrence Lauray, demand trial by jury.

RESPECTFULLY SUBMITTED,

_____
Tina Lauray

_____
Lawrence Lauray

_[signature]_
Sarah Everett, 14399-53A
Attorney for Tina and Lawrence Lauray

Sarah Everett, 14399-53A
Attorney for Tina Lauray and Lawrence Lauray
The Law Office of Sarah Everett
*Lockerbie Marketplace*
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
(317) 677-7109 telephone
(317) 677-7101 fax
indyestatelaw@gmail.com

81912

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS SUPERIOR COURT NO. 5 |
| | )SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. 32D05-1603-CT-0060 |

TINA LAURAY and LAWRENCE )
LAURAY, )
       Plaintifs, )
)
v. )
)
MENARD, INC., )
       Defendant. )
)

## APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party: Designate one of the following

    Initiating ____  Responding __X__  Intervening ____

1. The undersigned attorney appears in this case for the following party members

   Name of parties:

### MENARD, INC.

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name: Leslie B. Pollie             Atty No: 25716-49
        KOPKA PINKUS DOLIN PC      Phone: (317) 814-8049
        550 Congressional Blvd, Suite 310    Fax: (317) 818-1390
        Carmel, IN 46032              lbpollie@kopkalaw.com

   Name: Kori E. Flake              Atty No: 32587-41
        KOPKA PINKUS DOLIN PC      Phone: (317) 814-8970
        550 Congressional Blvd, Suite 310    Fax: (317) 818-1390
        Carmel, IN 46032              keflake@kopkalaw.com

3. This is a Civil Tort (Civil Tort) case type as defined in Administrative Rule 8(B)(3).

4. I will accept service by: FAX at the above noted number:
                                            Yes ____ No __X__
   Email at the above noted address:     Yes ____ No __X__

5.  This case does not involve support issues, restraining orders or involuntary commitment.

6.  There are related cases:                Yes _____  No __X__

7.  Additional information required by local rule: No additional information required.

8.  There are other party members:          Yes _____  No __X__

9.  This form has been served on all other parties and Certificate of Service is below.

10. Defendant Menard, Inc. respectfully demands a jury trial.

                        Respectfully submitted,

                        KOPKA PINKUS DOLIN PC

                        */s/ Leslie B. Pollie*
                        Leslie B. Pollie, #25716-49
                        Kori E. Flake, #32587-41
                        Attorneys for Defendant
                        Menard, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon all persons listed below, by United States mail, first-class postage prepaid, on this __12th__ day of __April__, 2016.

Sarah Everett
The Law Office of Sarah Everett
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204

                        */s/ Leslie B. Pollie*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
Tel:  (317) 818-1360
Fax:  (317) 818-1390
LBPollie@kopkalaw.com
keflake@kopkalaw.com

2

81912

| STATE OF INDIANA | ) | IN THE HENDRICKS SUPERIOR COURT NO. 5 |
|---|---|---|
| | )SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. 32D05-1603-CT-0060 |

TINA LAURAY and LAWRENCE )
LAURAY, )
                Plaintifs, )
v. )
MENARD, INC., )
                Defendant. )

## MOTION FOR EXTENSION OF TIME

Comes now Menard, Inc., by counsel, Leslie B. Pollie and Kori E. Flake of Kopka Pinkus Dolin PC, and respectfully requests the Court for an extension of time within which to serve a responsive pleading to the Plaintiff's Complaint up to and including Wednesday, June 1, 2016.

In support of the instant Motion, counsel for said Defendant would show to the Court as follows:

1. That the undersigned has recently been retained to defend Defendant Menard, Inc. and has had insufficient opportunity to make such investigation and preparation as is necessary to answer the allegations contained in Plaintiff's Complaint.

2. Plaintiff was served with summons and complaint on or about April 7, 2016.

3. That such extension of time is necessary to undertake such investigation and preparation.

4. That the instant Motion has not been interposed for the purpose of undue delay.

WHEREFORE, the Defendant prays the Court enter an order enlarging the time in which said Defendant can respond to Plaintiff's Complaint herein up to and including Wednesday, June 1, 2016.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

_____
Leslie B. Pollie, #25716-49
Kori E. Flake, #32587-41
Attorneys for Defendant
Menard, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been duly served upon all persons listed below, by United States mail, first-class postage prepaid, on this 12th day of April, 2016.

Sarah Everett
The Law Office of Sarah Everett
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204

_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
Tel:  (317) 818-1360
Fax:  (317) 818-1390
LBPollie@kopkalaw.com
keflake@kopkalaw.com

2

81912

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS SUPERIOR COURT NO. 5 |
| | )SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. 32D05-1603-CT-0060 |

TINA LAURAY and LAWRENCE )
LAURAY, )
       Plaintifs, )
v. )
MENARD, INC., )
       Defendant. )

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, Menard, Inc., by and through counsel, Leslie B. Pollie and Kori E. Flake of Kopka Pinkus Dolin PC, having come before the Court and requesting a 30-day enlargement of time to respond to Plaintiff's Complaint, up to June 1, 2016. And, the Court having reviewed the motion hereby grants same.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, Menard, Inc. is granted an enlargement of time through and including June 1, 2o016 to file a response to Plaintiff's Complaint.

April 16, 2016

SO ORDERED this \_\_\_\_ day of _____, 2016.

_____
JUDGE, Hendricks Superior Court No. 5

**Distribution:**

Leslie B. Pollie
Kori E. Flake
Kopka Pinkus Dolin PC
550 Congressional Blvd, Suite 310
Carmel, IN 46032

Sarah Everett
The Law Office of Sarah Everett
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204

STATE OF INDIANA ) IN THE HENDRICKS SUPERIOR COURT NO. 5
)SS:
HENDRICKS COUNTY ) CASE NO: 32D05-1603-CT-60

TINA LAURAY and LAWRENCE LAURAY
    Plaintiff(s)

VS

MENARD, INC.
    Defendant(s)

## ORDER SETTING ATTORNEYS ONLY TELEPHONIC PRE-TRIAL CONFERENCE

    This case comes before the Court for review, and the Court now ORDERS this case set for an Attorneys Only Telephonic Pre-Trial Conference on August 15, 2016, at 8:30 a.m. with 15 minutes allotted. Attorney for the Plaintiff shall initiate the conference call, ensure all attorneys are on the line, and call (317) 718-6169.

    Or, by agreement, parties may choose to make a CourtCall Appearance for the Pre-Trial Conference by serving and filing with CourtCall (not the Court), NOT LESS THAN THREE (3) COURT DAYS PRIOR TO THE HEARING DATE, a Request for Telephonic Appearance Form and paying a fee of $55.00 for each CourtCall Appearance. There are no subscription fees.

    A CourtCall Appearance is made as part of a Court's regular calendar and all counsel who have timely filed their request for and pay the fee may appear by dialing the Courtroom's dedicated toll free teleconference number, and access code (if any) which will be provided by CourtCall, LLC on the confirmation faxed to your office. A pre-hearing check-in will occur five minutes prior to the scheduled hearing time. A CourtCall Appearance is voluntary.

    You may obtain additional information by calling the CourtCall Program Administrator, CourtCall at (310)-342-0888 or (888)882-6878.

    SO ORDERED this 18th day of April, 2016.

                                                    STEPHENIE LeMAY-LUKEN, JUDGE
                                                    HENDRICKS SUPERIOR COURT NO. 5

DISTRIBUTION TO:

PLAINTIFF/ATTORNEY
DEFENDANT/ATTORNEY