## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA LAURAY and LAWRENCE LAURAY, | ) ) ) |
| Plaintifs, | ) 1:16-CV-929-SEB-DML |
| v. | ) ) ) |
| MENARD, INC., | ) ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, Menard, Inc. ("Menard's"), by counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter summary judgment in favor of Menard's and against Plaintiffs. As explained more fully in Menard's accompanying memorandum, Menard's is entitled to judgment as a matter of law because the undisputed material facts show that Menard, Inc. cannot be held liable.

**WHEREFORE**, Defendant, Menard, Inc. respectfully prays that the Court enter judgment in Menard, Inc.'s favor, dismiss the Plaintiffs' Complaint against Menard, Inc. with prejudice, and award Menard, Inc. all appropriate relief.

Dated this 26th day of April, 2017.

                                            */s/ Leslie B. Pollie*
                                            Leslie B. Pollie (#25716-49)
                                            Jessica N. Hamilton (#34268-71)
                                            KOPKA PINKUS DOLIN PC
                                            550 Congressional Blvd., Suite 310
                                            Carmel, IN  46032
                                            Telephone: 317-814-4049
                                            Facsimile:  317-818-1390
                                            Email:  lbpollie@kopkalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2017, a true and correct copy of the foregoing was electronically served upon the following using the Court's CM/ECF system:

| | |
|---|---|
| Sarah Everett | Theresa L.D. Ebbs |
| The Law Office of Sarah Everett | Robert H. Ebbs |
| 5335 Ohmer Avenue | Glaser and Ebbs |
| Indianapolis, IN 46219 | 845 S. Meridian Street |
| *indyestatelaw@gmail.com* | Indianapolis, IN  46225 |
| | *tebbs@glaserebbs.com* |

              */s/Leslie B. Pollie*