UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA LAURAY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:16-cv-00929-DML-SEB |
| | ) |
| MENARD, INC., | ) |
| | ) |
| Defendant. | ) |

<u>Final Judgment Pursuant to Fed. R. Civ. P. 58</u>

Based upon the jury's November 29, 2018 verdict, the court now enters FINAL JUDGMENT in this action in favor of defendant Menard, Inc. and against plaintiffs Tina Lauray and Lawrence Lauray. Therefore, plaintiffs Tina Lauray and Lawrence Lauray shall take nothing by way of their complaint and judgment is entered accordingly. This cause is dismissed.

Date: 11/30/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email